IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHARLES MACKEY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   1:04-CV-187 (WLS) |
| | : |
| SERGEANT BELL, et. al., | : |
| | : |
|     Defendants. | : |
| _____ | : |

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration. (Doc. 45). For the following reasons, Plaintiff's Motion for Reconsideration (Doc. 45) is **DENIED**.

## DISCUSSION

Plaintiff moves the Court to reconsider the portions of its March 29, 2006 Order adopting the February 22, 2006 Report and Recommendation. (Doc. 45). The Federal Rules of Civil Procedure are silent about motions for reconsideration. Indeed, relief granted from motions for reconsideration are within "the sound discretion of the district judge and will not be overturned on appeal absent an abuse of discretion." Region 8 Forest Service Timber Purchasers Council v. Alcock, 993 F.2d 800, 805-806 (11th Cir. 1993). It is the practice of this Court to grant a motion for reconsideration only when the movant demonstrates that either: 1) there has been an intervening change in the law; 2) new and previously unavailable evidence has been discovered through the exercise of due diligence; or 3) the court made a clear error of law. McCoy v. Macon Water Auth., 966 F.Supp. 1209, 1222-23 (M.D. Ga. 1997).

Here, Plaintiff neither asserts that there has been an intervening change in the law nor that new and previously unavailable evidence has been discovered through the exercise of due diligence. (*See* Doc. 45). Instead, Plaintiff takes issue with the Court's finding that Plaintiff offered nothing of substance in support of his claims against Respondents Bell, McGee, Brandful

and Head in their official capacity. *Id*.   By this argument, Plaintiff does not demonstrate that the Court made a clear error of law, rather only that he disagrees with the Court's findings.

Upon further review of the findings made in the March 29, 2006 Order, it is found that the Court did not err in finding that Plaintiff has submitted any case law or evidence which could support his claims against the aforementioned Defendants in their official capacity.  It is therefore found that the Court did not make a clear error of law in adopting the February 22, 2006 Report and Recommendation.

Plaintiff has therefore failed to demonstrate any intervening change in the law, the discovery of new and previously unavailable evidence, or that the Court made a clear error in law.  Accordingly, Plaintiff's Motion for Reconsideration (Doc. 45) should be, and hereby is, **DENIED**.

**SO ORDERED**, this   9th   day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**